JACKSON LEWIS LLLC
ANDREW L. PEPPER          5141-0
1088 Bishop Street, Suite 4100
Honolulu, Hawai'i  96813
Telephone:  (808) 526-0404
Facsimile:  (808) 744-7972
Email:      Andrew.Pepper@JacksonLewis.com

Attorney Defendant
Regis Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| SELINA F. ABILLA, | CIV NO.: _____ |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT REGIS CORPORATION'S **NOTICE OF REMOVAL**; EXHIBIT 1; CERTIFICATE OF SERVICE |
| REGIS CORPORATION; JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENT AGENCIES 1-5, | |
| | No Trial Date Set |
| Defendants. | |

**DEFENDANT REGIS COPORATION'S NOTICE OF REMOVAL**

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

HAWAII:

Defendant Regis Corporation, ("Defendant Regis"), hereby removes Civil No.

1CCV-20-0001261 from the Circuit Court of the First Circuit, State of Hawai`i, to the United States District Court for the District of Hawai`i. The grounds for removal are:

1) The Complaint in this action is now pending in the Circuit Court of the First Circuit, State of Hawaii, as Civil No. 1CCV-20-0001261. A true and correct copy of the Complaint is contained in Exhibit 1. Exhibit 1 constitutes all process, pleadings and orders in this action.

2) The Complaint was served on Defendant Regis on March 10, 2021. Accordingly, this Notice of Removal is timely filed.

3) This action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as the matter in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States and in which citizens or subjects of a foreign state are additional parties . . .." 28 U.S.C. § 1332(a)(3).

4) Plaintiff is a citizen of the State of Hawaii. *See* Exhibit 1, Complaint, ¶ 1.

5) Defendant Regis is a privately held corporation incorporated in the State of Minnesota and headquartered in Minneapolis, Minnesota, where it has its principal place of business. Accordingly, it is not a citizen of the State of Hawaii. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any

State by which it has been incorporated and of the State where it has its principal place of business . . . .").

6) Because Defendants Regis and Plaintiff are citizens of different States, complete diversity exists in this action. 28 U.S.C. §1332(a)(3).

7) The entire amount in controversy, contemplates an amount exceeding the sum or value of $75,000.

8) This Notice of Removal is filed pursuant to 28 U.S.C. §1446.

9) Promptly after filing this Notice of Removal, Defendant Regis will give written notice to Plaintiff and file a copy of the Notice of Removal with the Clerk of the Court of the First Circuit of the State of Hawai`i.

10) Thirty (30) days have not yet expired since this action became removable to this Court.

WHEREFORE, Defendant Regis removes this action from the Circuit Court of the First Circuit, State of Hawaiʻi to the United States District Court for the District of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, March 17, 2021.

/s/ *Andrew L. Pepper*
ANDREW L. PEPPER
Attorney for Defendant
Regis Corporation