MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-mail: honolululawyer@outlook.com

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
E-mail: honolululaw808@gmail.com

Attorneys for Plaintiff
Selina F. Abilla

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0001261**
**11-SEP-2020**
**11:53 AM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| SELINA F. ABILLA, <br><br>    Plaintiff, <br><br> vs. <br><br> REGIS CORPORATION, JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE LLCS 1-5, DOE PARTNERSHIPS 1-5, NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5, <br><br>    Defendants. | CIVIL NO. 20-0001261 <br> (Other Civil Action) <br><br> COMPLAINT; SUMMONS |

## COMPLAINT

COMES NOW, Plaintiff SELINA F. ABILLA, by and through her attorneys Charles H. Brower and Michael P. Healy, and for a cause of action against Defendant, alleges and avers as follows:

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai'i.
Dated at: Honolulu, Hawai'i 11-SEP-2020, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawai'i 

FACTS

1. Plaintiff SELINA F. ABILLA (hereinafter "ABILLA") is and was at all times mentioned herein a resident of the State of Hawaii.

2. Defendant REGIS CORPORATION (hereinafter "REGIS") does business in Hawaii as Supercuts, is a foreign profit corporation incorporated in the State of Minnesota, has a principal place of business in Honolulu, Hawaii with a registered agent in Honolulu, Hawaii.

3. The Defendants named in this Complaint under the names of JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, LLCS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5 and DOE GOVERNMENTAL AGENCIES 1-5 (hereinafter "DOE DEFENDANTS") are persons, organizations or entities whose identities at the present time are unknown to Plaintiff despite the exercise of due diligence. They are sued in this Complaint under fictitious names. Investigation as to the true identities was conducted by Plaintiff. Investigation as to the identity of DOE DEFENDANTS continues and Plaintiff is informed and believes and thereupon alleges that direct or indirect conduct of these other Defendants, presently unknown to Plaintiff, was or may have been a proximate cause of the incident complained of and/or the damage or loss thereby sustained by Plaintiff as a result of which all Defendants, unidentified and identified, may be legally, jointly, and severally liable to

2

Plaintiff for the said losses sustained, inasmuch as the conduct of each Defendant may have coincided and/or concurred with that of each and every other Defendant, named or unnamed.

4. Plaintiff was hired by Defendant REGIS on October 16, 1997. Plaintiff was hired as the District Leader for Supercuts stores in the State of Hawaii.

5. Plaintiff was terminated from employment with Defendant REGIS on September 11, 2018.

6. Plaintiff while employed reported violations of rules and laws. Plaintiff reported to REGIS management that the company was not complying with Hawaii laws and rules regarding hairstylists having updated licenses and posting of licenses. On September 4, 2018, Plaintiff reported the discrepancies she had been reporting to the Hawaii Department of Consumer Affairs and Hawaii Regulated Industries Office. On September 4, 2018, Plaintiff reported harassment by a supervisor to REGIS management.

7. Plaintiff was terminated from employment with Defendant REGIS on September 11, 2018, for making reports of violations of the law.

8. In retaliation for Plaintiff's continued reporting of violations of law, Plaintiff was terminated from employment with Defendant REGIS on September 11, 2018.

## COUNT I

### WHISTLEBLOWER'S PROTECTION ACT

9. Plaintiff repeats and realleges all prior allegations as if fully set forth herein.

10. The termination of Plaintiff was in violation of H.R.S. § 378-62 due to Plaintiff's reports of violations of rules and law for which Plaintiff is entitled to an award of damages to be proven at trial.

## COUNT II

### RETALIATION

11. Plaintiff repeats and re-alleges all prior allegations as if fully set forth herein.

12. The actions of Defendant's agents and employees in terminating Plaintiff was in retaliation because she reported violations of rules and laws.

13. Plaintiff alleges the actions of Defendants were malicious and intentional discrimination for which an award of punitive damages is appropriate.

WHEREFORE, upon a hearing hereof, Plaintiff prays that judgment be entered on all Counts:

a. For reinstatement to her position with Defendant REGIS with full benefits;

b. For all damages to which Plaintiff is entitled, including general damages for discrimination, wrongful termination, and other damages to be proven at trial;

c. For special damages, including back pay, front pay and other expenses;

d. For punitive damages;

e. For costs of litigation, reasonable attorney's fees, other costs and interest, including prejudgment interest; and

f. For such other and further relief as is appropriate and to which Plaintiff is entitled by law.

The total amount of damages prayed for exceeds the minimum jurisdictional limits of this Court.

DATED: Honolulu, Hawaii, September 11, 2020.

                                          /s/ Charles H. Brower
                                        CHARLES H. BROWER
                                        MICHAEL P. HEALY
                                        Attorneys for Plaintiff
                                        Selina F. Abilla

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| SELINA F. ABILLA, | ) | CIVIL NO. 20-0001261 |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | SUMMONS |
| vs. | ) | |
| | ) | |
| REGIS CORPORATION, JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE LLCS 1-5, DOE PARTNERSHIPS 1-5, NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

TO THE DEFENDANTS:

You are hereby summoned and required to file with the court and serve upon Plaintiff's attorneys, whose addresses are stated above, an answer to the complaint which is attached. This action must be taken within twenty (20) days after service of this summons upon you, exclusive of the day of service.

If you fail to make your answer within the twenty (20) day time limit, judgment by default will be taken against you for the relief demanded in the complaint.

THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS A JUDGE OF THE DISTRICT OR CIRCUIT COURTS PERMITS, IN WRITING ON THE SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.
FAILURE TO OBEY THE SUMMONS MAY RESULT IN AN ENTRY OF A DEFAULT AND DEFAULT JUDGMENT AGAINST THE PERSON SUMMONED.

DATED: Honolulu, Hawaii, 9/14/2020 .

/S/ P. NAKAMOTO
CLERK OF THE COURT