**JACKSON LEWIS LLLC**
ANDREW L. PEPPER         5141-0
1088 Bishop Street, Suite 4100
Honolulu, HI  96813
Telephone:  (808) 526-0404
Facsimile:  (808) 744-7972
Email:      Andrew.Pepper@JacksonLewis.com

Attorneys for Defendant
REGIS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SELINA F. ABILLA,<br><br>            Plaintiff,<br><br>     vs.<br><br>REGIS CORPORATION,<br><br>            Defendant. | CIV NO.: 21-00143 DKW-WRP<br><br>STIPULATION TO DISMISS COUNT II (RETALIATION) OF THE COMPLAINT WITH PREJUDICE; CERTIFICATE OF SERVICE<br><br>[Rule 41(a)(1)(A)(ii)] |

**STIPULATION TO DISMISS COUNT II (RETALIATION)
OF THE COMPLAINT WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Selina F. Abilla ("Abilla") and Defendant Regis Corporation, ("Regis"), stipulate that Count II (Retaliation) of the Complaint hereby is dismissed with prejudice.

.

DATED: Honolulu, Hawaii, August 19, 2021.

/s/ *Michael P. Healy*
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff

/s/ *Andrew L. Pepper*
ANDREW L. PEPPER
Attorney for Defendant

APPROVED AS TO FORM.

DATED: August 19, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

4839-4399-1287, v. 1

2

*Selina F. Abilla vs. Regis Corporation*; CIV NO.: 21-00143 DKW-WRP; STIPULATION TO DISMISS COUNT II (RETALIATION) OF THE COMPLAINT WITH PREJUDICE