**JACKSON LEWIS LLLC**
ANDREW L. PEPPER      5141-0
1088 Bishop Street, Suite 4100
Honolulu, HI  96813
Telephone:    (808) 526-0404
Facsimile:    (808) 744-7972
Email:    Andrew.Pepper@JacksonLewis.com

Attorney for Defendant
REGIS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SELINA F. ABILLA,<br><br>Plaintiff,<br><br>vs.<br><br>REGIS CORPORATION; JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENT AGENCIES 1-5,<br><br>Defendants. | CIV NO.: 21-00143 DKW-WRP<br><br>**STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE CASE WHILE PLAINTIFF'S COUNSEL DISCUSSES SETTLEMENT ISSUES WITH PLAINTIFF AND ORDER**<br><br>Non-Jury Trial Date: July 25, 2022 |

**STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE CASE WHILE PAINTIFF'S COUNSEL DISCUSSES SETTLEMENT ISSUES WITH PLAINTIFF AND ORDER**

WHEREAS the parties are engaged in dealing with settlement issues; and

WHEREAS Plaintiff's counsel needs time to discuss settlement issues with Plaintiff;

WHEREAS, Defendant's counsel agrees that Plaintiff's counsel needs time to discuss settlement issues with Plaintiff;

WHEREAS, this Stipulation and Order is neither an admission or denial by Plaintiff that a settlement already exists;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that this matter be stayed and administratively closed to allow time for Plaintiff's counsel the time he needs to discuss settlement issues with Plaintiff; and

It IS FURTHER STIPULATED, by and between all parties who have appeared in this action that the stay will be lifted, and the administrative closure undone, once the Plaintiff's counsel has completed discussing settlement issues with Plaintiff.

---

*Selina F. Abilla v. Regis Corporation, Civil No.* 21-00143 DKW-WRP; Stipulation To Stay And Administratively Close Case While Plaintiff's Counsel Discusses Settlement Issues With Plaintiff And Order

DATED: Honolulu, Hawaiʻi, February 22, 2022.

                                          */s/Andrew L. Pepper*
                                          ANDREW L. PEPPER
                                          Attorney for Defendant
                                          REGIS CORPORATION

DATED: Honolulu, Hawaiʻi, February 22, 2022.

                                          SO STIPULATED:

                                          */s/ Michael P. Healy*
                                          MICHAEL P. HEALY
                                          CHARLES H. BROWER
                                          Attorneys for Defendant
                                          SELINA F. ABILLA

APPROVED AND SO ORDERED.

DATED: February 23, 2022 at Honolulu, Hawaiʻi.



                                         /s/ Derrick K. Watson
                                         Derrick K. Watson
                                         United States District Judge

---

*Selina F. Abilla v. Regis Corporation, Civil No.* 21-00143 DKW-WRP; Stipulation To Stay And Administratively Close Case While Plaintiff's Counsel Discusses Settlement Issues With Plaintiff And Order