**JACKSON LEWIS LLLC**
ANDREW L. PEPPER          5141-0
1088 Bishop Street, Suite 4100
Honolulu, HI  96813
Telephone:     (808) 526-0404
Facsimile:     (808) 744-7972
Email:         Andrew.Pepper@JacksonLewis.com

Attorney for Defendant
REGIS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SELINA F. ABILLA,<br><br>   Plaintiff,<br><br>vs.<br><br>REGIS CORPORATION; JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENT AGENCIES 1-5,<br><br>   Defendants. | CIV NO.: 21-00143 DKW-WRP<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND ORDER**<br>**[Rule 41(a)(1)(A)(ii)]**<br><br>Non-Jury Trial Date: July 25, 2022 |

### STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that all of Plaintiff Selina F. Abilla's claims and causes of action that have been brought or could have been brought against any party, including but not limited to Defendant Regis Corporation, be and hereby are

dismissed with prejudice.  There are no remaining claims or causes of action in this case.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action and who have not been dismissed from this action previously. Plaintiff and Defendant each agree to bear his, her, or its own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, June 13, 2022.

/s/Andrew L. Pepper
ANDREW L. PEPPER
Attorney for Defendant
REGIS CORPORATION

DATED:  Honolulu, Hawaiʻi, June 13, 2022.

SO STIPULATED:

/s/ Charles H. Brower
MICHAEL P. HEALY
CHARLES H. BROWER
Attorneys for Defendant
SELINA F. ABILLA

DATED:  June 14, 2022 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Selina F. Abilla v. Regis Corporation, Civil No.* 21-00143 DKW-WRP; Stipulation for Dismissal of All Claims with Prejudice and Order